## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Johnson, Robert L

Printed: 11/11/08

Case Number:  08 B 07726
Judge:  Goldgar, A. Benjamin
Filed:  3/31/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  September 30, 2008
Confirmed:  May 27, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,970.32 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,841.93 |
| Trustee Fee: |  | 128.39 |
| Other Funds: |  | 0.00 |
| Totals: | 1,970.32 | 1,970.32 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 1,841.93 |
| 2. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 3. | Home Loan Services | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 2,000.00 | 0.00 |
| 5. | Home Loan Services | Secured | 17,744.00 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 771.47 | 0.00 |
| 7. | Capital One | Unsecured | 290.27 | 0.00 |
| 8. | Capital One | Unsecured | 84.26 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 108.15 | 0.00 |
| 10. | World Financial Network Nat'l | Unsecured | 58.97 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 156.40 | 0.00 |
| 12. | United Guaranty | Secured | | No Claim Filed |
| 13. | Emergency Physicians Office | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Collection | Unsecured | | No Claim Filed |
| 16. | American General Finance | Unsecured | | No Claim Filed |
| 17. | Radiological Physicians | Unsecured | | No Claim Filed |
| 18. | Northwest Collectors | Unsecured | | No Claim Filed |
| 19. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 20. | Sound & Spirit | Unsecured | | No Claim Filed |
| 21. | Mercy Hospital | Unsecured | | No Claim Filed |
| 22. | Radiological Physicians | Unsecured | | No Claim Filed |
| 23. | Scholastic Book Services | Unsecured | | No Claim Filed |
| 24. | US Cellular | Unsecured | | No Claim Filed |
| | | | $ 24,687.52 | $ 1,841.93 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Johnson, Robert L

Printed: 11/11/08

Case Number:  08 B 07726

Judge:  Goldgar, A. Benjamin

Filed:  3/31/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 107.07 |
| 6.6% | 21.32 |
| | $ 128.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

